# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80059-CR-Dimitrouleas/Torres

18 USC § 922(g)(1)
18 USC § 922(k)
18 USC § 924(a)(1)
18 USC § 924(e)

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KILROY BAILEY,
a/k/a "Earthquake,"
a/k/a "Quake,"

        Defendant.
_____/

FILED by _____ D.C.

APR 14 2005

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## INDICTMENT

### THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about September 25, 2004, in Palm Beach County, in the Southern District of Florida, the defendant,

**KILROY BAILEY,**
**a/k/a "Earthquake,"**
**a/k/a "Quake,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in or affecting commerce, that is, a

Davis .32 caliber semi-automatic pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).


## COUNT 2

On or about October 6, 2004, in Palm Beach County, in the Southern District of Florida, the defendant,

**KILROY BAILEY,**
**a/k/a "Earthquake,"**
**a/k/a "Quake,"**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, and one or more rounds of ammunition, in or affecting commerce, that is, a Davis .32 caliber semi-automatic pistol, and approximately three (3) rounds of Winchester manufactured ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).


## COUNT 3

On or about October 6, 2004, in Palm Beach County, in the Southern District of Florida, the defendant,

**KILROY BAILEY,**
**a/k/a "Earthquake,"**
**a/k/a "Quake,"**

did knowingly possess a firearm, to wit, a Davis .32 caliber semi-automatic pistol, which had previously been shipped or transported in interstate or foreign commerce, which

firearm had the importer's or manufacturer's serial number removed, obliterated, or altered.

In violation of Title18, United States Code, Sections 922(k) and 924(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   KILROY BAILEY, a/k/a "Earthquake," a/k/a "Quake"

Case No.  05-80059-CR-Dimitrouleas/Torres

Count #: 1

        18 USC §§ 922(g)(1) and 924(e)


*Max. Penalty: 15 Years to Life Imprisonment; $250,000 Fine

Count #: 2

        18 USC §§ 922(g)(1) and 924(e)


*Max. Penalty: 15 Years to Life Imprisonment; $250,000 Fine

Count #: 3

        18 USC §§ 922(k) and 924(a)(1)


*Max. Penalty: 0-10 Years Imprisonment; $250,000 Fine

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

KILROY BAILEY,
a/k/a "Earthquake," a/k/a "Quake,"
_____ Defendant /

CASE NO. 05-80059-CR-Dimitrouleas
Torres

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

New Defendant(s)          Yes _____   No _____
Number of New Defendants        _____
Total number of counts          _____

_____ Miami   _____ Key West
_____ FTL   _X_ WPB   _____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
List language and/or dialect

4. This case will take   _2-3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | _____ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | _X_ |
| V | 61 days and over | _____ | | |

6. Has this case been previously filed in this District Court?   (Yes or No)   No
If yes:
Judge: _____   Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No)   No
If yes:
Magistrate Case No.   N/A
Related Miscellaneous numbers:   N/A
Defendant(s) in federal custody as of   N/A
Defendant(s) in state custody as of   10/26/04
Rule 20 from the   N/A   District of _____

Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?   _____ Yes   _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?   _____ Yes   _X_ No
If yes, was it pending in the Central Region?   _____ Yes   _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?   _____ Yes   _X_ No

JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228

Penalty Sheet(s) attached

REV.1/14/04

FGI 05-01 (WPB)

No. 05-80059-CR-Dimitrouleas/Torres

# UNITED STATES DISTRICT COURT

__Southern__  ___District of___  ___Florida___

__Northern__  ___Division___

## THE UNITED STATES OF AMERICA

__vs.__

KILROY BAILEY, a/k/a "Earthquake," a/k/a "Quake"

## INDICTMENT

18 USC § 922(g)(1)     18 USC § 924(a)(1)

18 USC § 922(k)         18 USC § 924(e)

_A true bill._

_____
                              _Foreman_

_Filed in open court this_ _____

_of_ _____ _A.D. 20 05_ 14th _day_

_____
                              _Clerk_

_Bail. $_ _____

GPO 863 928