# United States District Court

| | DISTRICT | Southern District of Florida |
|---|---|---|

| UNITED STATES OF AMERICA <br> v. <br><br> KILROY BAILEY, <br> a/k/a "Earthquake," <br> a/k/a "Quake" | DOCKET NO. <br> 05-80059-CR-Dimitrouleas <br><br> NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED Torres <br><br> KILROY BAILEY a/k/a "Earthquake," a/k/a "Quake" <br> PALM BEACH COUNTY JAIL <br> BOOKING NO. 2004347145 | MAGISTRATE CASE NO. |
|---|---|---|

**WARRANT ISSUED ON THE BASIS OF:**

☒ Indictment ☐ Information ☐ Order of Court ☐ Complaint

DOB: 03/20/68    SSN: 262-69-____

B/M

FILED by ____ D.C.

APR 1 5 2005

CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

TO:

United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person
before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Count 1: Felon in possession of a firearm;

Count 2: Felon in possession of one or more rounds of ammunition;

Count 3: Possession of a firearm which had been previously shipped or transported in interstate or foreign commerce, which firearm had the serial number removed.

| IN VIOLATION OF | UNITED STATES CODE TITLE <br> 18 | SECTION <br> 922(g)(1), 922(k), 924(a)(1), 924(e) |
|---|---|---|

| BAIL FIXED BY COURT <br> Pre Trial Detention | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY <br><br> JAMES M. HOPKINS <br> UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE[1]/U.S. MAGISTRATE) <br> James M. Hopkins | DATE <br> 4-14-05 |
| CLERK OF COURT <br><br> CLARENCE MADDOX | (BY) DEPUTY CLERK <br> Sarmiento | DATE ISSUED <br> 4/15/05 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

[1]United States Judge or Judge of a State Court of Record

# BOND RECOMMENDATION

KILROY BAILEY, a/k/a "Earthquake," a/k/a "Quake"
Defendant

PRETRIAL DETENTION is recommended as to defendant.

_____
JOHN C. McMILLAN, JR.
ASSISTANT UNITED STATES ATTORNEY