PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 84880

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 05-80059-CR-DIMITROULEAS

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Kilroy Bailey

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: August 16, 2005

Original Offense:      Count 1: Possession of a firearm by a convicted felon, in violation of 18 U.S.C.§922(g)(1) and 924(e), a Class A felony

Original Sentence:      188 months Bureau of Prisons, followed by five years supervised release, with the following special conditions: 1) Substance abuse treatment; 2) Mental health treatment; 3) Anger control treatment; 4) Full-time employment; 5) Prior approval before self-employment; 6) Permissible search. He was also ordered to pay a $100 special assessment.

Type of Supervision: Supervised Release      Date Supervision Commenced: May 18, 2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On August 15, 2018, in Palm Beach County, Florida, the defendant committed the offense: Open container, contrary to County Ordinance 3-3C. |
| 2. | **Violation of Standard Condition**, by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On August 15, 2018, the defendant was given a citation by the Palm Beach Sheriff's Office, Palm Beach County, Florida, for: Open container, contrary to County Ordinance 3-3C, and he failed to advise the U.S. Probation Officer. |

PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 84880

**United States Probation Officer Action:**

On August 15, 2018, in Pahokee, Palm Beach County, Florida, the defendant was observed drinking a beer in public. Deputy Sheriff Officer Warren gave the defendant a citation and an arraignment date of September 11, 2018.

On August 30, 2018, this officer spoke with the defendant about his contact with law enforcement and being issued a citation. The defendant reported that he was standing near an open beer container however it was not his. The defendant reported he was not guilty and was planning on fighting the case in court. The defendant had no excuse for not reporting his law enforcement contact within 72 hours to this officer. The defendant was reinstructed on his conditions of supervision regarding this condition which he said he now understood.

On September 11, 2018, the defendant paid $50.00, and the citation was nolle prosse.

**Recommendation:** The defendant has resolved the citation by paying $50.00, on September 11, 2018, and the case was nolle prosse. The defendant has also been reinstructed on his condition regarding notifying this officer of any law enforcement contact within 72 hours. Additionally, the defendant has been referred to mental health and substance abuse treatment at the Dolan Mental Health treatment program. This probation officer respectfully recommends that no further action be taken at this time.

Respectfully submitted,

by: _Heath M. Schur_  
Sep 14 2018 3:56 PM

Heath Schur  
Senior United States Probation Officer  
Office: (561) 804-6892  
Cellular: (954)854-8349   _Nancy Cohn Sep 14 2018 3:54 PM_  
Date: 9/14/2018

---

☒ Concur with recommendation of the United States Probation Officer  
☐ Submit a Request for Modifying the Conditions or Term of Supervision  
☐ Submit a Request for ☐ Warrant or ☐ Summons

_[signature]_  
Signature of Judicial Officer

Sept 19, 2018  
Date